WILLIAM H. BROWN, ESQ. (7623)
BROWN MISHLER, PLLC
911 N. Buffalo Dr., Ste. 202
Las Vegas, Nevada 89128
Tel: (702) 816-2200
Email: WBrown@BrownMishler.com
*Attorney for Defendant*
*Jose Mendez*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERCIA, | 2:19-cr-00295-GMN-NJK |
| Plaintiff, | **STIPULATION TO EXTEND REPLY BRIEF DEADLINE** |
| vs. | |
| MARIO CASTRO, JOSE SALUD CASTRO, SALVADOR CASTRO, MIGUEL CASTRO, JOSE LUIS MENDEZ, and ANDREA BURROW | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Timothy Finley, Trial Attorney, U.S. Department of Justice, counsel for the United States of America, and William H. Brown, counsel for defendant Jose Luis Mendez, that the deadline Mr. Mendez's reply supporting his motion to continue trial (ECF No. 372) shall be extended one week, up to and including July 28.

1

The Stipulation is entered into for the following reasons:

1. This is the first requested extension for the deadline to file a reply brief.

2. The current deadline for filing a reply brief is July 21, 2022. *See* ECF No. 374.

3. Counsel for Mr. Castro begins a civil jury trial on July 18, 2022, that is likely to last at least a week (*Windom v. K-Kel, Inc.* A-18-773353-C, Clark County Dist. Ct).

4. Therefore, the current deadline for filing a reply brief falls on a date when Mr. Mendez's counsel will be in trial.

5. In light of the trial, the government does not opposing extending the current briefing deadline one week to allow counsel adequate time to prepare and file a reply brief.

6. This requested extension is not sought for purposes of delay but for the reasons stated.

Dated: July 7, 2022

| JASON M. FRIERSON<br>United States Attorney | BROWN MISHLER, PLLC |
|---|---|
| /s/ *Timothy Finley*<br>By_____<br>TIMOTHY FINLEY<br>Trial Attorney, USDOJ | /s/ *William H. Brown*<br>By_____<br>WILLIAM H. BROWN<br>Counsel for Jose Luis Mendez |

WILLIAM H. BROWN, ESQ. (7623)
BROWN MISHLER, PLLC
911 N. Buffalo Dr., Ste. 202
Las Vegas, Nevada 89128
Tel: (702) 816-2200
Email: WBrown@BrownMishler.com
*Attorney for Defendant*
*Jose Mendez*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERCIA, | 2:19-cr-00295-GMN-NJK |
| Plaintiff, | **ORDER EXTENDING REPLY BRIEF DEADLINE** |
| vs. | |
| MARIO CASTRO, JOSE SALUD CASTRO, SALVADOR CASTRO, MIGUEL CASTRO, JOSE LUIS MENDEZ, and ANDREA BURROW | |
| Defendants. | |

    Based on the pending stipulation of counsel, and good cause appearing therefore, the Court hereby extends the date for Mr. Mendez to file a reply supporting his motion to continue trial (ECF No. 372) one week, up to and including July 28, 2022.

**IT IS SO ORDERED.**

Dated this  12  day of July, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

3