1  WILLIAM H. BROWN, ESQ. (7623)
   BROWN MISHLER, PLLC
2  911 N. Buffalo Dr., Ste. 202
3  Las Vegas, Nevada 89128
   Tel: (702) 816-2200
4  Email: WBrown@BrownMishler.com
5  *Attorney for Defendant*
   *Jose Mendez*
6

7              UNITED STATES DISTRICT COURT
                  DISTRICT OF NEVADA
8

9  UNITED STATES OF AMERCIA,          2:19-cr-00295-GMN-NJK

10              Plaintiff,                **STIPULATION**

11 vs.

12 MARIO CASTRO, JOSE SALUD
13 CASTRO, SALVADOR CASTRO,
   MIGUEL CASTRO, JOSE LUIS
14 MENDEZ, and ANDREA BURROW

15
              Defendants.
16

17

18      IT IS HEREBY STIPULATED AND AGREED, by and between

19 Timothy Finley, Trial Attorney, U.S. Department of Justice, counsel for the

20
   United States of America, and William H. Brown, counsel for defendant Jose
21

22 Luis Mendez, as follows:

23
       **Emails**
24

25      1.    The following defense exhibits are true and correct copies of

26 emails to and from the indicated sender(s) and recipient(s) and are

27

28

                              1

admissible in evidence. [Fed. R. Evid. 901(b)(1), (b)(4), 801(d)(1), 803(1), (3), 807]

| Exhibit | Bates number |
|---------|--------------|
| 9000 | AB-AOLSW-00012293 |
| 9001 | AB-AOLSW-00018050 |
| 9002 | AB-AOLSW-00019453 |
| 9003 | AB-AOLSW-00026970 |
| 9004 | AB-AOLSW-00019466-68 |
| 9005 | AB-AOLSW-00021655 |
| 9006 | AB-AOLSW-00023080-83 |
| 9007 | AB-AOLSW-00022290 |
| 9008 | AB-AOLSW-00036957 |
| 9009 | AB-AOLSW-00025516-17 |
| 9010 | AB-AOLSW-00026002 |
| 9013 | AB-AOLSW-00022271 |
| 9014 | AB-AOLSW-00021341 |
| 9015 | AB-AOLSW-00021894 |
| 9016 | AB-AOLSW-00150524 |
| 9017 | AB-AOLSW-00022257 |
| 9018 | AB-AOLSW-00017590 |

| 9019 | AB-AOLSW-00019455 |
|------|-------------------|
| 9020 | AB-AOLSW-00130752 |
| 9022 | AB-AOLSW-00053215 |
| 9023 | AB-AOLSW-00025510 |
| 9024 | AB-AOLSW-00021631 |
| 9025 | AB-AOLSW-00105795 |
| 9026 | AB-AOLSW-00000260 |
| 9027 | AB-AOLSW-00013720 |
| 9031 | GOV2314-MSFTSW1-00003224 |
| 9033 | GOV2314-MSFTSW2-0000561 |
| 9034 | GOV2314-MSFTSW2-0000527 |
| 9035 | GOV2314-MSFTSW2-0000539 |

**Text messages on phone**

2.      Defense Exhibit 9039 is a true and correct copy of text messages on Sean O'Connor's phone, and is admissible in evidence. [Fed. R. Evid. 901(b)(1), (b)(4), 801(d)(1), 803(1), (3), 807]

**Checks**

3.      Defense Exhibit 9011 are true and correct copies of checks written from Advanced Allocation Systems, Inc., to On the Side, Inc., from

3

Bank of America account 1339, and are admissible in evidence. [Fed. R. Evid. 902(11)]

4.      Defense Exhibit and 9012 are true and correct copies of checks written from Advanced Allocation Systems, Inc., to On the Side, Inc., from Bank of America account 7977, and are admissible in evidence. [Fed. R. Evid. 902(11)]

5.      Defense Exhibit and 9021 are true and correct copies of checks written from Pacific Allocation Systems, Inc., to various parties from Bank of America account 6983, and are admissible in evidence. [Fed. R. Evid. 902(11)]

6.      Defense Exhibit 9028 is true and correct copy of a check written from Advanced Allocation Systems, Inc., to Patti Kern from Bank of America account 1339, and are admissible in evidence. [Fed. R. Evid. 902(11)]

7.      Defense Exhibit 9029 is a true and correct copy of a check written from Advanced Allocation Systems, Inc., to Patti Kern from Bank of America account 8428, and is admissible in evidence. [Fed. R. Evid. 902(11)]

8.      Defense Exhibit 9030 is a true and correct copy of a check written from Advanced Allocation Systems, Inc., to Kern and Associates from Bank of America account 7997, and is admissible in evidence. [Fed. R. Evid. 902(11)]

**Patti Kern written statement**

9.      Defense Exhibit 9032 is a true and correct copy of a handwritten statement by Patti Kern on/about February 21, 2018, and is admissible in evidence. [Fed. R. Evid. 901(b)(1), (4) 902(4), 803(6), 807]

**Forfeiture documents**

10.      Defense Exhibit 9036 is a true and correct copy of a Notice of Seizure of Property and Initiation of Administrative Forfeiture Proceedings from the United States Postal Inspection Service, Petition for Remission or Mitigation of Forfeiture, and Seized Asset Claim Form, and is admissible in evidence. [Fed. R. Evid. 901(b)(7), 902(4), 803(6), 807]

11.      Defense Exhibit 9037 is a true and correct copy of a Stipulation for Entry of Order of Forfeiture in *United States v. Patti Kern* (2:19-cr-032-RFB-VCF), and is admissible in evidence. [Fed. R. Evid. 901(b)(1), (b)(4), 807]

**Postal Service Documents**

12.    Defense Exhibit 9038 is a true and correct copies a Complaint,

Cease & Desist Order, and Agreement Containing Consent Order to Cease

and Desist against Michael Keith Kern, et al. (United States Postal Service,

Arlington VA, P.S. Docket No. FR12-254), and is admissible in evidence. [Fed.

R. Evid. 901(b)(7), 902(4), 803(6), 807]

Dated: September 22, 2022

JASON M. FRIERSON                          BROWN MISHLER, PLLC
United States Attorney

     /s/ *Timothy Finley*                          /s/ *William H. Brown*
By_____          By_____
TIMOTHY FINLEY                             WILLIAM H. BROWN
Trial Attorney, USDOJ                      Counsel for Jose Luis Mendez


### **ORDER**


**IT IS SO ORDERED.**

Dated this __22__ day of September, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

6