WILLIAM H. BROWN, ESQ. (7623)
BROWN MISHLER, PLLC
911 N. Buffalo Dr., Ste. 202
Las Vegas, Nevada 89128
Tel: (702) 816-2200
Email: WBrown@BrownMishler.com
*Attorney for Defendant*
*Jose Mendez*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERCIA,<br><br>Plaintiff,<br><br>vs.<br><br>MARIO CASTRO, JOSE SALUD CASTRO, SALVADOR CASTRO, MIGUEL CASTRO, JOSE LUIS MENDEZ, and ANDREA BURROW<br><br>Defendants. | 2:19-cr-00295-GMN-NJK<br><br>**ORDER ALLOWING PRETRIAL-APPROVED TRAVEL** |

Having considered defendant Jose Mendez's unopposed motion to allow travel, it is hereby ordered that the motion is granted, and Mr. Mendez's pretrial release conditions are hereby modified such that Mr. Mendez may travel outside Nevada to California on December 10, 2022, returning on December 11, 2022.

Dated: December 9, 2022

_____
UNITED STATES MAGISTRATE JUDGE

1