WILLIAM H. BROWN, ESQ. (7623)
BROWN MISHLER, PLLC
911 N. Buffalo Dr., Ste. 202
Las Vegas, Nevada 89128
Tel: (702) 816-2200
Email: WBrown@BrownMishler.com
*Attorney for Defendant*
*Jose Mendez*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERCIA,<br><br>Plaintiff,<br><br>vs.<br><br>MARIO CASTRO, JOSE SALUD CASTRO, SALVADOR CASTRO, MIGUEL CASTRO, JOSE LUIS MENDEZ, and ANDREA BURROW<br><br>Defendants. | 2:19-cr-00295-GMN-NJK<br><br>**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

1

The Court should allow the undersigned the withdraw as counsel of record for defendant Jose Luis Mendez. At sentencing, the Court indicated it would grant this request after a notice of appeal was filed on Mr. Mendez's behalf so appellate counsel could be appointed for Mr. Mendez. The notice of appeal was filed on September 28, 2023 (ECF No. 865). The undersigned has notified Mr. Mendez of his intent to seek withdrawal so appellate counsel could be appointed. The Court should therefore enter an order allowing the undersigned the withdraw as counsel of record and directing the appointment of appellate counsel.

Dated: September 28, 2023

Respectfully submitted,

By: /s/ *William Brown*
  WILLIAM H. BROWN, ESQ. (7623)
  BROWN MISHLER, PLLC
  911 N. Buffalo Dr., Ste. 202
  Las Vegas, Nevada 89128
  Tel: (702) 816-2200
  Email: WBrown@BrownMishler.com
  *Attorney for Defendant*
  *Jose Mendez*

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of BROWN MISHLER, PLLC, and that on this date I e-filed and e-served, via the Court's CM/ECF filing system, the foregoing **UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD** to the parties of record.

Date: September 28, 2023

By: /s/ *William Brown*
    Employee of BROWN MISHLER, PLLC

WILLIAM H. BROWN, ESQ. (7623)
BROWN MISHLER, PLLC
911 N. Buffalo Dr., Ste. 202
Las Vegas, Nevada 89128
Tel: (702) 816-2200
Email: WBrown@BrownMishler.com
*Attorney for Defendant*
*Jose Mendez*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERCIA,<br><br>Plaintiff,<br><br>vs.<br><br>MARIO CASTRO, JOSE SALUD CASTRO, SALVADOR CASTRO, MIGUEL CASTRO, JOSE LUIS MENDEZ, and ANDREA BURROW<br><br>Defendants. | 2:19-cr-00295-GMN-NJK<br><br>**ORDER ALLOWING WITHDRAWAL AS COUNSEL OF RECORD** |

Counsel for defendant Jose Luis Mendez (William H. Brown) has moved without opposition for an order allowing him to withdraw as counsel of record for Mr. Mendez. At sentencing, the Court indicated it would grant this request once a notice of appeal was filed on Mr. Mendez's behalf, which occurred on September 28, 2023. *See* ECF No. 865.

GOOD CAUSE APPEARING, it is hereby ORDERED that (1) Mr. Brown is hereby allowed to withdraw as counsel of record for Mr. Mendez, and (2) the Clerk of the Court shall notify the CJA appointing authority for

4

the District of Nevada regarding the appointment of appellate counsel for Mr. Mendez.

IT IS SO ORDERED.

DATED this  29  day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE